RECEIVED

JUN 1 2 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES M. CHARGOIS<br>LA. DOC #128637 | CIVIL ACTION NO.6:16-CV-1644 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| JASON KENT | MAGISTRATE WHITEHURST |

## JUDGMENT

For the reasons contained in the Supplemental Report and Recommendation of the Magistrate Judge filed previously herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition be deemed a successive petition for writ of *habeas corpus* and be **DISMISSED WITHOUT PREJUDICE** because petitioner failed to exhaust available State court remedies.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this ___12___ day of ___June___, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE